# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GROVER, an individual, for herself and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACCENTURE LLC, a limited liability corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-07082-SVW-JCG<br><br>**The Hon. Stephen V. Wilson**<br>(Crtrm 6)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>*Complaint Filed: June 15, 2012*<br><br>JS-6 |

1 | Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed.  Plaintiff's individual claims are dismissed with prejudice and the claims of the putative class are dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 13, 2013

_____
Honorable Stephen V. Wilson
United States District Judge

-1-
ORDER TO DISMISS ENTIRE ACTION